No. 166. RINALDI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry B. Rothblatt* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 282. NATIONAL PLAN, INC., ET AL. *v.* CHURCH OF CHRIST OF ECORSE, MICHIGAN, ET AL.; and
No. 391. CHURCH OF CHRIST OF ECORSE, MICHIGAN, ET AL. *v.* NATIONAL PLAN, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Rufus S. Garrett, Jr.,* for petitioners in No. 282, and *William Burrow* for petitioners in No. 391.

No. 305. WESTREICH *v.* McFARLAND. C. A. D. C. Cir. Certiorari denied. *Aaron R. Fodiman* and *Moses Krislov* for petitioner. *William O. Bittman* for respondent.

No. 315. HOFFENBERG *v.* KAMINSTEIN, REGISTER OF COPYRIGHTS. C. A. D. C. Cir. Certiorari denied. *Charles Rembar* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *John C. Eldridge* for respondent. *Irwin Karp* for Authors League of America, Inc., as *amicus curiae,* in support of the petition.

No. 329. BRAKEFIELD *v.* McFARLAND. C. A. D. C. Cir. Certiorari denied. *Aaron R. Fodiman* and *Moses Krislov* for petitioner. *William O. Bittman* for respondent.

No. 347. AMERICAN LIFE & ACCIDENT INSURANCE Co. OF KENTUCKY *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Richard A. Chenoweth* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.